# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SSF IMPORTED AUTO PARTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEHDI ROWGHANI, an individual, DALLAS EUROPEAN PARTS DISTRIBUTOR, LP, AMK LIMITED PARTNERSHIP, DALLAS-EUROPEAN PARTS DISTRIBUTORS, TMC INTERNATIONAL, L.P., TMC 2000, L.L.C., TMC 2002, L.P., 6 SUNSET HARBOR, L.L.C., SHORELINE IMPORTS, TMC INTERNATIONAL INC. LTD. PTN., GEOFFREY M. GLAZE, an individual, KEVIN SMITH, an individual, and DOES 1 through 500, inclusive, <br><br> Defendants. | **CASE NO.: C 03-3763-JCS** <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

## **RECITALS**

WHEREAS on April 20, 2004 the Court Ordered that: "This case shall be stayed pending resolution of the criminal indictment in Case No. CR04-0011 VRW ['Criminal Action'])," against Defendants Mehdi Rowghani, Geoffrey Glaze and Kevin Smith, but permitted Plaintiff to engage in

-1-
STIPULATION AND ORDER (C 03-3763-JCS)

1  limited activity, including moving to join additional defendants to this civil matter, namely Geoffrey
2  Glaze and Kevin Smith.
3      WHEREAS there is currently a case management conference scheduled for July 22, 2005 in
4  this matter.
5      WHEREAS nothing substantive has occurred in this civil action since the last hearing in this
6  matter.
7      WHEREAS the Court in the Criminal Action has continued the hearing on substantive
8  motions and has ordered such motions to be heard on July 12, 2005.

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between those Defendants represented by the undersigned defense counsel and Plaintiff (the "Parties"), through their counsel of record, that:

WHEREAS in the interests of judicial economy, the Parties request that the Court continue the case management conference until October 28, 2005 at 1:30 p.m., or until the Court upon the motion of a party, or upon its own motion, concludes that activity in the case warrants a sooner conference.

WHEREAS by agreeing to this continuance the Parties do not give up any of their rights under the Federal Rules of Civil Procedure or any other law; and THEREFORE:

## ORDER

**IT IS HEREBY ORDERED** that:

The case management conference scheduled for July 22, 2005 is continued until October 28, 2005 at 1:30 p.m., or until the Court upon the motion of a party, or upon its own motion, concludes that activity in the case warrants a sooner conference.

1         **IT IS SO STIPULATED.**

2   DATED: July 5, 2005

3

                                      PAUL W. BERNING
4                                       PATRICK M. RYAN
                                      THELEN REID & PRIEST LLP

5

                                  By:    /s/ Patrick M. Ryan
6                                           PATRICK M. RYAN

7                                Attorneys for Plaintiff SSF IMPORTED AUTO
                               PARTS, INC.

8   DATED: July 5, 2005

                                  LINDA Q. FOY
9                                   PATRICIA J. MEDINA
                                  JONATHAN W. HUGHES
10                                  HOWARD, RICE, NEMEROVSKI, CANADY,
                                      FALK & RABKIN
11                                A Professional Corporation

12

                                By:    /s/ Jonathan W. Hughes
13                                          JONATHAN W. HUGHES

14                              Attorneys for Defendants MEHDI ROWGHANI,
                             an individual; AMK LIMITED PARTNERSHIP
15                              formerly d/b/a DALLAS-EUROPEAN PARTS
                             DISTRIBUTORS (sued erroneously as DALLAS
16                              EUROPEAN PARTS DISTRIBUTOR, L.P.) and
                             SHORELINE IMPORTS; TMC
17                              INTERNATIONAL, L.P. (formerly TMC
                             INTERNATIONAL INC., sued erroneously as
18                              TMC INTERNATIONAL INC. LTD. PTN.);
                             TMC 2000, L.L.C.; TMC 2002, L.P.; and 6
19                              SUNSET HARBOR, L.L.C.

20     I, Patrick M. Ryan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the

21 concurrence to the filing of this document has been obtained from each signatory hereto.

22                                          /s/ Patrick M. Ryan
                                         Patrick M. Ryan
23                                          Attorney for Plaintiff

24         **IT IS SO ORDERED.**

25

26   Dated: _____July 11_____, 2005                 /s/ Joseph C. Spero
                                         HONORABLE JOSEPH C. SPERO
27                                          UNITED STATES MAGISTRATE JUDGE

28