# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SSF IMPORTED AUTO PARTS, INC., | **CASE NO.: C 03-3763-JCS** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MEHDI ROWGHANI, an individual, DALLAS EUROPEAN PARTS DISTRIBUTOR, LP, AMK LIMITED PARTNERSHIP, DALLAS-EUROPEAN PARTS DISTRIBUTORS, TMC INTERNATIONAL, L.P., TMC 2000, L.L.C., TMC 2002, L.P., 6 SUNSET HARBOR, L.L.C., SHORELINE IMPORTS, TMC INTERNATIONAL INC. LTD. PTN., GEOFFREY M. GLAZE, an individual, KEVIN SMITH, an individual, and DOES 1 through 500, inclusive, | |
| Defendants. | |

## **RECITALS**

WHEREAS on April 20, 2004 the Court Ordered that: "This case shall be stayed pending resolution of the criminal indictment in Case No. CR04-0011 VRW ['Criminal Action'])," against Defendants Mehdi Rowghani, Geoffrey Glaze and Kevin Smith, but permitted Plaintiff to engage

in limited activity, including moving to join additional defendants to this civil matter, namely Geoffrey Glaze and Kevin Smith.

WHEREAS there is currently a case management conference scheduled for October 28, 2005 at 1:30 p.m. in this matter.

WHEREAS in the Criminal Action, the Parties have been informed that one of the Defendants, Kevin Smith, has entered a guilty plea to one count of the indictment against him and his sentencing hearing is set for March 7, 2006.

WHEREAS in the Criminal Action, the criminal indictment is still pending against Defendant Rowghani.

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between those Defendants represented by the undersigned defense counsel and Plaintiff (the "Parties"), through their counsel of record, that:

WHEREAS in the interests of judicial economy, the Parties request that the Court continue the case management conference until February 10, 2006 at 1:30 p.m., or until the Court upon the motion of a party, or upon its own motion, concludes that activity in the case warrants a sooner conference.

WHEREAS by agreeing to this continuance the Parties do not give up any of their rights under the Federal Rules of Civil Procedure or any other law; and THEREFORE:

## ORDER

**IT IS HEREBY ORDERED** that:

The case management conference scheduled for October 28, 2005 is continued until February 10, 2006 at 1:30 p.m., or until the Court upon the motion of a party, or upon its own motion, concludes that activity in the case warrants a sooner conference.

| | | |
|---|---|---|
|1| |**IT IS SO STIPULATED.**|
|2|DATED: October 14, 2005|PAUL W. BERNING<br>PATRICK M. RYAN|
|3| |THELEN REID & PRIEST LLP|
|4| |By: _____/s/ Patrick M. Ryan_____<br>PATRICK M. RYAN|
|5| | |
|6| |Attorneys for Plaintiff SSF IMPORTED AUTO PARTS, INC.|
|7|DATED: October 14, 2005| |
|8| |LINDA Q. FOY<br>PATRICIA J. MEDINA|
|9| |JONATHAN W. HUGHES<br>HOWARD, RICE, NEMEROVSKI, CANADY,<br>FALK & RABKIN|
|10| |A Professional Corporation|

By: _____/s/ Patricia J. Medina_____
PATRICIA J. MEDINA

Attorneys for Defendants MEHDI ROWGHANI, an individual; AMK LIMITED PARTNERSHIP formerly d/b/a DALLAS-EUROPEAN PARTS DISTRIBUTORS (sued erroneously as DALLAS EUROPEAN PARTS DISTRIBUTOR, L.P.) and SHORELINE IMPORTS; TMC INTERNATIONAL, L.P. (formerly TMC INTERNATIONAL INC., sued erroneously as TMC INTERNATIONAL INC. LTD. PTN.); TMC 2000, L.L.C.; TMC 2002, L.P.; and 6 SUNSET HARBOR, L.L.C.

I, Patrick M. Ryan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ Patrick M. Ryan
Patrick M. Ryan
Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: ___October 17___, 2005

_____[signature]_____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE