1  LINDA Q. FOY (No. 148764)
   PATRICIA J. MEDINA (No. 201021)
2  JONATHAN W. HUGHES (No. 186829)
   HOWARD RICE NEMEROVSKI CANADY
3       FALK & RABKIN
   A Professional Corporation
4  Three Embarcadero Center, 7th Floor
   San Francisco, California  94111-4024
5  Telephone:    415/434-1600
   Facsimile:    415/217-5910
6
   Attorneys for Defendants
7  MEHDI ROWGHANI, an individual; AMK
   LIMITED PARTNERSHIP formerly d/b/a
8  DALLAS-EUROPEAN PARTS DISTRIBUTORS
   (sued erroneously as DALLAS EUROPEAN
9  PARTS DISTRIBUTOR, L.P.) and SHORELINE
   IMPORTS; TMC INTERNATIONAL, L.P.
10 (formerly TMC INTERNATIONAL INC., sued
   erroneously as TMC INTERNATIONAL INC.
11 LTD. PTN.); TMC 2000, L.L.C.; TMC 2002, L.P.;
   and 6 SUNSET HARBOR, L.L.C.
12

13            UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15               SAN FRANCISCO DIVISION

16

17 | SSF IMPORTED AUTO PARTS, INC., | No. C03 3763 JCS |

18 |        Plaintiff, | Action Filed: August 12, 2003 |

19 |   v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

20 | MEHDI ROWAGHANI, an individual, DALLAS EUROPEAN PARTS | |

21 | DISTRIBUTOR, LP, AMK LIMITED PARTNERSHIP, DALLAS-EUROPEAN | Judge:     Hon. Joseph C. Spero |

22 | PARTS DISTRIBUTORS, TMC INTERNATIONAL, L.P., TMC 2000, | Trial Date:  None set |

23 L.L.C., TMC 2002, L.P., 6 SUNSET
   HARBOR, L.L.C., SHORELINE
24 IMPORTS, TMC INTERNATIONAL INC.
   LTD. PTN., GEOFFREY M. GLAZE, an
25 individual, and DOES 1 through 500,
   inclusive,
26
               Defendants.
27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

STIP. & [PROPOSED] ORDER                                    C-03-3763 CJS

1

## RECITALS

WHEREAS on April 20, 2004 the Court Ordered that: "This case shall be stayed pending resolution of the criminal indictment in Case No. CR04-0011 VRW ['Criminal Action'])," against Defendants Mehdi Rowghani, Geoffrey Glaze and Kevin Smith, but permitted Plaintiff to engage in limited activity, including moving to join additional defendants to this civil matter, namely Geoffrey Glaze and Kevin Smith.

WHEREAS there is currently a case management conference scheduled for May 12, 2006 at 1:30 p.m. in this matter.

WHEREAS in the Criminal Action, the criminal indictment is still pending against Defendants Rowghani and Glaze.

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between those Defendants represented by the undersigned defense counsel and Plaintiff (the "Parties"), through their counsel of record, that:

WHEREAS in the interests of judicial economy, the Parties request that the Court continue the case management conference until August 18, 2006 at 1:30 p.m., or until the Court upon the motion of a party, or upon its own motion, concludes that activity in the case warrants a sooner conference.

WHEREAS by agreeing to this continuance the Parties do not give up any of their rights under the Federal Rules of Civil Procedure or any other law; and THEREFORE:

## ORDER

**IT IS HEREBY ORDERED** that:

The case management conference scheduled for May 12, 2006 at 1:30 p.m. is continued until August 18, 2006 at 1:30 p.m., or until the Court upon the motion of a party,

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

STIP. & [~~PROPOSED~~] ORDER                C-03-3763 JCS
1

or upon its own motion, concludes that activity in the case warrants a sooner conference.

**IT IS SO STIPULATED.**

DATED:  May 2, 2006.

                                                    PAUL W. BERNING  
PATRICK M. RYAN  
CHAD DEVEAUX  
LAURA R. GARRETT  
THELEN REID & PRIEST LLP


By: _____/s/_____  
           PAUL W. BERNING

Attorneys for Plaintiff SSF IMPORTED AUTO PARTS, INC.

DATED:  May 2, 2006.

LINDA Q. FOY  
PATRICIA J. MEDINA  
JONATHAN W. HUGHES  
HOWARD, RICE, NEMEROVSKI, CANADY,  
    FALK & RABKIN  
A Professional Corporation


By: _____/s/_____  
        JONATHAN W. HUGHES

Attorneys for Defendants MEHDI ROWGHANI, an individual; AMK LIMITED PARTNERSHIP formerly d/b/a DALLAS-EUROPEAN PARTS DISTRIBUTORS (sued erroneously as DALLAS EUROPEAN PARTS DISTRIBUTOR, L.P.) and SHORELINE IMPORTS; TMC INTERNATIONAL, L.P. (formerly TMC INTERNATIONAL INC., sued erroneously as TMC INTERNATIONAL INC. LTD. PTN.); TMC 2000, L.L.C.; TMC 2002, L.P.; and 6 SUNSET HARBOR, L.L.C.

    I, Jonathan W. Hughes, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                    _____/s/_____  
                  Jonathan W. Hughes

HOWARD  
RICE  
NEMEROVSKI  
CANADY  
FALK  
& RABKIN  
*A Professional Corporation*

**IT IS SO ORDERED.**

Dated: _____May 3___, 2006



HON. _____ SPERO
UNITED STATES MAGISTRATE JUDGE

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. & [~~PROPOSED~~] ORDER                    C-03-3763 JCS