1  LINDA Q. FOY (No. 148764)
   PATRICIA J. MEDINA (No. 201021)
2  JONATHAN W. HUGHES (No. 186829)
   HOWARD RICE NEMEROVSKI CANADY
3     FALK & RABKIN
   A Professional Corporation
4  Three Embarcadero Center, 7th Floor
   San Francisco, California 94111-4024
5  Telephone:   415/434-1600
   Facsimile:    415/217-5910
6
7  Attorneys for Defendants
   MEHDI ROWGHANI, an individual; AMK
8  LIMITED PARTNERSHIP formerly d/b/a
   DALLAS-EUROPEAN PARTS DISTRIBUTORS
9  (sued erroneously as DALLAS EUROPEAN
   PARTS DISTRIBUTOR, L.P.) and SHORELINE
10 IMPORTS; TMC INTERNATIONAL, L.P.
   (formerly TMC INTERNATIONAL INC., sued
11 erroneously as TMC INTERNATIONAL INC.
   LTD. PTN.); TMC 2000, L.L.C.; TMC 2002, L.P.;
12 and 6 SUNSET HARBOR, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SSF IMPORTED AUTO PARTS, INC., | No. C03 3763 JCS |
| Plaintiff, | Action Filed: August 12, 2003 |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| MEHDI ROWAGHANI, an individual, DALLAS EUROPEAN PARTS DISTRIBUTOR, LP, AMK LIMITED PARTNERSHIP, DALLAS-EUROPEAN PARTS DISTRIBUTORS, TMC INTERNATIONAL, L.P., TMC 2000, L.L.C., TMC 2002, L.P., 6 SUNSET HARBOR, L.L.C., SHORELINE IMPORTS, TMC INTERNATIONAL INC. LTD. PTN., GEOFFREY M. GLAZE, an individual, and DOES 1 through 500, inclusive, | Judge:   Hon. Joseph C. Spero<br>Trial Date:  None set |
| Defendants. | |

## RECITALS

WHEREAS on April 20, 2004 the Court Ordered that: "This case shall be stayed pending resolution of the criminal indictment in Case No. CR04-0011 VRW ['Criminal Action'])," against Defendants Mehdi Rowghani, Geoffrey Glaze and Kevin Smith, but permitted Plaintiff to engage in limited activity, including moving to join additional defendants to this civil matter, namely Geoffrey Glaze and Kevin Smith.

WHEREAS there is currently a case management conference scheduled for August 18, 2006 at 1:30 p.m. in this matter.

WHEREAS in the Criminal Action, the criminal indictment is still pending against Defendants Rowghani and Glaze.

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between those Defendants represented by the undersigned defense counsel and Plaintiff (the "Parties"), through their counsel of record, that:

WHEREAS in the interests of judicial economy, the Parties request that the Court continue the case management conference until November 17, 2006 at 1:30 p.m., or until the Court upon the motion of a party, or upon its own motion, concludes that activity in the case warrants a sooner conference.

WHEREAS by agreeing to this continuance the Parties do not give up any of their rights under the Federal Rules of Civil Procedure or any other law; and THEREFORE:

## ORDER

**IT IS HEREBY ORDERED** that:

The case management conference scheduled for August 18, 2006 at 1:30 p.m. is continued until November 17, 2006 at 1:30 p.m., or until the Court upon the motion of a party,

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

STIP. & [PROPOSED] ORDER

1

C-03-3763 JCS

or upon its own motion, concludes that activity in the case warrants a sooner conference.

**IT IS SO STIPULATED.**

DATED: August 4, 2006.

        PAUL W. BERNING
        PATRICK M. RYAN
        THELEN REID & PRIEST LLP

        By: _____/s/_____
            PATRICK M. RYAN

        Attorneys for Plaintiff SSF IMPORTED AUTO PARTS, INC.

DATED: August 4, 2006.

        PATRICIA J. MEDINA
        HOWARD, RICE, NEMEROVSKI, CANADY,
            FALK & RABKIN
        A Professional Corporation

        By: _____/s/_____
            PATRICIA J. MEDINA

        Attorneys for Defendants MEHDI ROWGHANI, an individual; AMK LIMITED PARTNERSHIP formerly d/b/a DALLAS-EUROPEAN PARTS DISTRIBUTORS (sued erroneously as DALLAS EUROPEAN PARTS DISTRIBUTOR, L.P.) and SHORELINE IMPORTS; TMC INTERNATIONAL, L.P. (formerly TMC INTERNATIONAL INC., sued erroneously as TMC INTERNATIONAL INC. LTD. PTN.); TMC 2000, L.L.C.; TMC 2002, L.P.; and 6 SUNSET HARBOR, L.L.C.

I, Patricia J. Medina, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

        _____/s/_____
        Patricia J. Medina

**IT IS SO ORDERED.**

Dated: ___August 7___, 2006

        _____
        HONORABLE JOSEPH C. SPERO
        UNITED STATES MAGISTRATE JUDGE