

NEW YORK • SAN FRANCISCO • WASHINGTON DC • LOS ANGELES
SILICON VALLEY • HARTFORD • NORTHERN NEW JERSEY • SHANGHAI

Patrick M. Ryan
415.369.7356 Direct Dial
415.369.8718 Direct Fax
pryan@thelen.com

January 11, 2007

Magistrate Judge Joseph C. Spero
United States District Court
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   **Request for Telephonic Appearance; C 03-3763-JCS**

Dear Magistrate Spero:

At the last case management conference in the above listed matter, you said that Steven Rocket Rosen, Esq., counsel for Geoffrey Glaze, could appear telephonically at the case management conference scheduled for January 19, 2007 at 1:30 pm. I spoke with your clerk, and she asked me to send a letter requesting a telephonic appearance, and to include the phone number at which she could call Mr. Rosen. Please let me know in the event Mr. Rosen will not be permitted to appear telephonically.

His phone number is 713.227.2900.

Sincerely,

/s/ Patrick M. Ryan

Patrick M. Ryan

PMR/jmk

Dated:  Jan. 12, 2007

cc:   Patricia Medina, Esq.
      Jonathan Hughes, Esq.
      Steven Rocket Rosen, Esq.

SF #1202322 v1



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA