```
1  PAUL W. BERNING (CA Bar No. 124141)
   PATRICK M. RYAN (CA Bar No. 203215)
2  THELEN REID & PRIEST LLP
3  101 Second Street, Suite 1800
   San Francisco, CA 94105
4  Telephone:   (415) 371-1200
   Facsimile:   (415) 371-1211
5
6  Attorneys for Plaintiff
   SSF Imported Auto Parts, Inc.
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| SSF IMPORTED AUTO PARTS, INC., | CASE NO.: C 03-3763-JCS |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: SETTLEMENT** |
| v. | |
| MEHDI ROWGHANI, an individual, DALLAS EUROPEAN PARTS DISTRIBUTOR, LP, AMK LIMITED PARTNERSHIP, DALLAS-EUROPEAN PARTS DISTRIBUTORS, TMC INTERNATIONAL, L.P., TMC 2000, L.L.C., TMC 2002, L.P., 6 SUNSET HARBOR, L.L.C., SHORELINE IMPORTS, TMC INTERNATIONAL INC. LTD. PTN., GEOFFREY M. GLAZE, an individual, KEVIN SMITH, an individual, and DOES 1 through 500, inclusive, | |
| Defendants. | |

SF #1155528 v2

## RECITALS

WHEREAS, in 2001, SSF suffered a series of intrusions into its password-protected, proprietary auto parts database that was made available only to SSF employees and, via the Web, made available only to SSF customers who were expressly approved for access by SSF;

WHEREAS, the United States Attorney for the Northern District of California ("U.S. Attorney") filed criminal charges against Glaze relating to the intrusions on SSF's password-protected, proprietary auto parts database. The case is captioned *United States of America v. Glaze* and is case No. CR 04-0011 VRW;

WHEREAS, in 2003, SSF commenced a civil action in the United States District Court for the Northern District of California, Case No C-03-03763 JCS, relating to the intrusion into its password-protected, proprietary auto parts database, and in 2004 SSF amended its complaint to expressly name Glaze as a defendant. The case is proceeding before the Honorable Joseph C. Spero, United States Magistrate Judge. Glaze has consented and does hereby repeat his consent to this matter proceeding before Judge Spero;

WHEREAS, Glaze entered a settlement agreement with SSF to resolve the claims against him.

## STIPULATION

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:**

1. In the Settlement Agreement attached as Exhibit 1, and incorporated herein by this reference, Glaze admits liability as to the following Claims for Relief as alleged in the First Amended Complaint: 1, 2, 3, 4, 7, 8, 9, 10, 11, 12, 13, and 14;

2. Glaze hereby stipulates to liability as to each of the above listed claims for relief and acknowledges that entry of this Stipulation and Order establishes liability against him as a matter of law as to each listed claim for relief;

3. Notwithstanding any dismissal of this Action, the Court expressly retains jurisdiction to enforce the Settlement Agreement and will reopen the case in the event that Glaze breaches the Settlement Agreement;

///

4. In the event that this Action is re-opened, SSF will be entitled to, among other things, seek a determination of the damages caused by Glaze, and judgment will be entered in that amount against Glaze;

5. The amount of the settlement with Glaze shall not limit in any way the amount of damages that may be sought against Glaze in a damages phase and shall not be used as a set-off there from;

6. Pursuant to the attached Settlement Agreement, the prevailing party in any proceedings to enforce the settlement agreement and or re-open this action will be entitled to their attorneys' fees and costs; and

7. All applicable statutes of limitations are tolled and waived by Glaze, and the doctrine of laches shall not and will not apply should this Action be re-opened;

8. This stipulation may be entered into in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. A facsimile signature shall be deemed an original signature.

**IT IS SO STIPULATED:**

DATED: October ___, 2006            SSF IMPORTED AUTO PARTS, INC.

                                    By _____
                                       Barrett Joseph Favro
                                       Vice-President and Chief Financial
                                       Officer

DATED: October 24, 2006

                                    By _____
                                       Geoffrey M. Glaze

[INTENTIONALLY LEFT BLANK]

1  **APPROVAL AS TO FORM:**

2  DATED: October 25, 2006          Thelen Reid & Priest

3

4                                    By _____
                                        Patrick M. Ryan, Esq.
5                                       Attorney For SSF Imported Auto Parts,
                                        Inc.
6

7  DATED: October ___, 2006         Law Office of Steven Rocket Rosen, Esq.

8
                                    By _____
9                                       Steven Rocket Rosen, Esq.

10

11           **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12

13 DATED:_____            _____
                                    UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4. In the event that this Action is re-opened, SSF will be entitled to, among other things, seek a determination of the damages caused by Glaze, and judgment will be entered in that amount against Glaze;

5. The amount of the settlement with Glaze shall not limit in any way the amount of damages that may be sought against Glaze in a damages phase and shall not be used as a set-off there from;

6. Pursuant to the attached Settlement Agreement, the prevailing party in any proceedings to enforce the settlement agreement and or re-open this action will be entitled to their attorneys' fees and costs; and

7. All applicable statutes of limitations are tolled and waived by Glaze, and the doctrine of laches shall not and will not apply should this Action be re-opened;

8. This stipulation may be entered into in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. A facsimile signature shall be deemed an original signature.

**IT IS SO STIPULATED:**

DATED: October 20, 2006        SSF IMPORTED AUTO PARTS, INC.

                               By _____
                               Barrett Joseph Favro
                               Vice-President and Chief Financial Officer

DATED: October ___, 2006

                               By _____
                               Geoffrey M. Glaze

[INTENTIONALLY LEFT BLANK]

**APPROVAL AS TO FORM:**

DATED: October 24, 2006

Thelen Reid & Priest

By _____
Patrick M. Ryan, Esq.
Attorney For SSF Imported Auto Parts, Inc.

DATED: October ___, 2006

Law Office of Steven Rocket Rosen, Esq.

By _____
Steven Rocket Rosen, Esq.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 1/19/07

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

SF #1155528 v2