**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SSF IMPORTED AUTO PARTS, | Case No. C 03-3763 JCS |
| Plaintiff(s), | |
| v. | **ORDER DISMISSING DEFENDANTS KEVIN SMITH AND GEOFFREY M. GLAZE WITH PREJUDICE** |
| MEHDI ROWAGHANI, ET AL, | |
| Defendant(s). | |

IT IS HEREBY ORDERED THAT Defendants Kevin Smith and Geoffrey M. Glaze are dismissed with prejudice pursuant to the terms of the settlement agreements and the Court retains jurisdiction to enforce the terms of settlement agreements.

IT IS SO ORDERED.

Dated: January 22, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge